In the Matter of ADOLPH STAUB et al., Respondents, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Appellant.— In a proceeding to review and set aside orders of local and State rent administrators reducing rent, order granting application reversed on the law, without costs, and orders of May 31, 1951, and August 28, 1951, reinstated, without costs. In the light of the fact that no certificate of registration had been filed pursuant to the Federal Housing and Rent Act of 1947, the question of the reasonableness of the maximum rent was one to be determined under the State Residential Rent Law. (L. 1946, ch. 274, § 4, as amd.) In *Matter of Nadler* v. *McGoldrick* (278 App. Div. 851, affd. 303 N. Y. 742) a registration certificate had been filed pursuant to the Federal law and the authority of that determination therefore is inapplicable. Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

■

MAGNAWELD CORPORATION, Appellant, *v.* TELEPHONICS CORPORATION et al., Defendants, and PAUL H. HLESCIAK et al., Respondents.— In an action to recover damages for breach of contract and for other relief, order granting examination of appellant, and granting in part and denying in part examination of one of the respondents, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur.

■

B. S. MARTINS CORPORATION, Respondent, v. GREENMONT-ON-HUDSON, INC., Appellant.— In an action by a building contractor to recover for work done under a written contract and under additional oral agreements, the appellant contends that the complaint is insufficient because of section 33-c of the Personal Property Law. Order denying appellant's motion, under rule 106 of the Rules of Civil Practice, to dismiss the complaint for failure to state facts sufficient to constitute a cause of action, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur. [See *post*, p. 846.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO BROWN, Appellant.— Judgment of the County Court, Kings County, convicting appellant of the crime of possession of burglars' tools, as a felony (Penal Law, § 408), imposing sentence, and order, unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ. [See *post*, pp. 886, 1037.]